IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SARAH COMLEY                    *

    Plaintiff              *

v.                              *
                                          Case No:
                              *

AIMCO LATROBE, LLC              *

    Defendant              *

\* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF REMOVAL

AIMCO Latrobe, L.L.C., Defendant, by KARPINSKI, COLARESI & KARP, and VICTORIA M. SHEARER, its attorneys, files this Notice of Removal in the above-entitled action pursuant to 28 U.S.C. §1331, 1441 and 1446, from the Superior Court for the District of Columbia, and in support thereof states as follows:

1. This Court has diversity jurisdiction over this matter pursuant to 28 U.S.C. §1332, in that Plaintiff is a citizen of the District of Columbia and Defendant is incorporated in and has its principal place of business in Maryland, and the amount in controversy exceeds $75,000.00.

2. Plaintiff filed suit against Defendant in the Superior Court for the District of Columbia on December 18, 2006.

3. The Defendant was served with the Complaint on January 10, 2007.

4.      This Notice of Removal has been filed within thirty (30) days of service of process upon Defendant. A copy of the Complaint filed in the Superior Court for the District of Columbia is attached hereto as Exhibit A.

5.      Concurrent with the filing of this Notice of Removal, Defendant has given written notice (copy attached as Exhibit B) to Plaintiff and to the Clerk of the Superior Court for the District of Columbia that the case has been removed to the United States District Court for the District of Columbia.

WHEREFORE, Defendant AIMCO Latrobe, L.L.C. notifies all parties that this action has been removed to the United States District Court for the District of Columbia and that no further proceedings in this case will be had in the Superior Court for the District of Columbia.

KARPINSKI, COLARESI & KARP

BY: /s/ Victoria Shearer
VICTORIA M. SHEARER
Bar #MD25602
Suite 1850
120 East Baltimore Street
Baltimore, Maryland 21202
410-727-5000
Attorneys for Defendant

3

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 9th day of February, 2007 a copy of the foregoing Notice of Removal was sent by first class mail, postage prepaid, to:

Jacob A. Stein, Esquire
STEIN, MITCHELL & MEZINES
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036

*Victoria Sheare*
Of Counsel for Defendant

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
Civil Division

Sarah Comley
Latrobe Apartments,
1325 15th Street, N.W.
Washington, DC 20005

          Plaintiffs,

v.

Civil No. 06-CA-08979

AIMCO Latrobe, L.L.C. (Apartment
Investment and Management Company,
a Maryland Corporation)

Serve: Corporation Service Company,
      Registered Agent
1090 Vermont Ave., N.W.
Washington, D.C 2005

          Defendants.

## COMPLAINT FOR DAMAGES – NEGLIGENCE – INJURY CAUSED TO TENANT BY SUDDEN DROP OF AN APARTMENT ELEVATOR

1.    Sarah Comley, Plaintiff, a citizen and elderly resident of the District of Columbia, brings this action against the defendant, AIMCO Latrobe L.L.C., the owner and operator of the Latrobe Apartments, and in charge of the maintenance and operation of the elevator therein.

2.    On November 10, 2004, the plaintiff, a long term tenant of Latrobe entered the elevator maintained and operated by the defendant. The elevator suddenly fell from the 6th floor to the 2nd floor.

3.    This sudden fall caused the plaintiff, Sarah Comley, to be violently thrown to the elevator floor. She was thrown about the elevator and her head and her entire right side of her body struck the interior of the elevator.

4.    She suffered severe and permanent injury, pain, bruising and swelling. She has



been required to obtain medical treatment that includes medical consultations, diagnostic studies, and physical therapy.

5.    The plaintiff has incurred medical expenses which continue and has lost time from her work as a cataloguer.

6.    The injuries and damages set forth above were caused by the negligent maintenance and operation of the elevator in violation of good practice requirements and the relevant regulations and requirements.

7.    Furthermore, the defendants' conduct was reckless in the extreme in failing to correct the known defects of a dangerous instrumentality, an elevator, and thus exposing the plaintiff to injury.

    Wherefore, the plaintiff requests an award of compensatory damages in the sum of $200,000.00, and punitive damages in the sum of $400,000.00 plus costs.

Respectfully submitted,

_____
Jacob A. Stein
STEIN, MITCHELL & MEZINES
1100 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20036
(202) 737-7777

Attorney for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed by first-class mail, postage prepaid this 9th day of January, 2007 to:

Corporation Service Company
Registered Agent of **AMICO Lathrobe, L.L.C.**
1090 Vermont Ave., NW
Washington, D.C. 20005

Jacob A. Stein
STEIN, MITCHELL & MEZINES
1100 Connecticut Ave., N.W.
Suite 1100
Washington, D.C. 20036
(202) 737-7777



LAW OFFICES
STEIN, MITCHELL & MEZINES L.L.P.
1100 CONNECTICUT AVENUE, NORTHWEST
WASHINGTON, D. C. 20036

Corporation Service Company
Registered Agent of AMICO Lathrobe, L.L.C.
1090 Vermont Ave., NW
Washington, D.C. 20005

20005+4905

## KARPINSKI, COLARESI & KARP, P.A.
### ATTORNEYS AT LAW
SUITE 1850, 120 EAST BALTIMORE STREET
BALTIMORE, MARYLAND 21202-1605

DANIEL KARP *
KEVIN KARPINSKI *
RICHARD T. COLARESI
VICTORIA M. SHEARER *
THOMAS S. BOUCHELLE †
SANDRA D. LEE **

(410) 727-5000
FACSIMILE (410) 727-0861
E-MAIL bkcklaw@aol.com

\* ADMITTED IN MD AND D.C.
† ADMITTED IN MD AND DE
\*\* ADMITTED IN MD AND N.Y.

February 9, 2007

Clerk
Superior Court for the District of Columbia
Civil Division
500 Indiana Avenue, NW
Room JM170
Washington, D.C. 20001

  RE: 327-110
    Case No.: 06-CA-08979
    *Sarah Comley v. AIMCO Latrobe, LLC*

Dear Clerk:

  Please take notice that this case has been removed to the United States District Court for the District of Columbia in accordance with the attached Notice of Removal, and that no further proceedings will be had in the Superior Court for the District of Columbia.

          Sincerely yours,

          KARPINSKI, COLARESI & KARP

          *Victoria Shearer*

          By: Victoria M. Shearer

Enclosure

cc: Jacob A. Stein, Esquire



EXHIBIT B

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

## I (a) PLAINTIFFS

Sarah Comley

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  11001
(EXCEPT IN U.S. PLAINTIFF CASES)

## DEFENDANTS

AIMCO Latrobe, L.L.C.

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT _____
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

### (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Jacob A. Stein, Esquire
Stein, Mitchell & Mezines
1100 Connecticut Avenue, N.W., Suite 1100
Washington, D.C. 20036

### ATTORNEYS (IF KNOWN)

Victoria M. Shearer, Esquire
Karpinski, Colaresi & Karp
120 East Baltimore Street, Suite 1850
Baltimore, Maryland 21202

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

- ○ 1 U.S. Government Plaintiff
- ○ 2 U.S. Government Defendant
- ○ 3 Federal Question (U.S. Government Not a Party)
- ● 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) **FOR DIVERSITY CASES ONLY!**

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ● 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ○ 4 | ○ 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ● 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and <u>one</u> in a corresponding Nature of Suit)

### ○ A. Antitrust
- ☐ 410 Antitrust

### ● B. Personal Injury/Malpractice
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☒ 360 Other Personal Injury
- ☐ 362 Medical Malpractice
- ☐ 365 Product Liability
- ☐ 368 Asbestos Product Liability

### ○ C. Administrative Agency Review
- ☐ 151 Medicare Act

Social Security:
- ☐ 861 HIA ((1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g)
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g)

Other Statutes
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ○ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

### ○ E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent, Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**Personal Property**
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**Bankruptcy**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**Property Rights**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**Federal Tax Suits**
- ☐ 870 Taxes (US plaintiff or defendant
- ☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 RR & Truck
- ☐ 650 Airline Regs
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**Other Statutes**
- ☐ 400 State Reapportionment
- ☐ 430 Banks & Banking
- ☐ 450 Commerce/ICC Rates/etc.
- ☐ 460 Deportation

- ☐ 470 Racketeer Influenced & Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Satellite TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 900 Appeal of fee determination under equal access to Justice
- ☐ 950 Constitutionality of State Statutes
- ☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

| ○ G. *Habeas Corpus/ 2255* | ○ H. *Employment Discrimination* | ○ I. *FOIA/PRIVACY ACT* | ○ J. *Student Loan* |
|---|---|---|---|
| ☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br>*(If pro se, select this deck)* | ☐ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br>*(If pro se, select this deck)* | ☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| ○ K. *Labor/ERISA (non-employment)* | ○ L. *Other Civil Rights (non-employment)* | ○ M. *Contract* | ○ N. *Three-Judge Court* |
|---|---|---|---|
| ☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities- Employment<br>☐ 446 Americans w/Disabilities- Other | ☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
○ 1 Original Proceeding   ● 2 Removed from State Court   ○ 3 Remanded from Appellate Court   ○ 4 Reinstated or Reopened   ○ 5 Transferred from another district (specify)   ○ 6 Multi district Litigation   ○ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)

**VII. REQUESTED IN COMPLAINT**   ☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23   DEMAND $ 600,000   Check YES only if demanded in complaint
JURY DEMAND:   YES ☐   NO ☒

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   YES ☐   NO ☒   If yes, please complete related case form.

DATE 2/9/07   SIGNATURE OF ATTORNEY OF RECORD   *Victoria Shearer*

---

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The **JS-44** civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed <u>only</u> if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the <u>primary</u> cause of action found in your complaint. You may select only <u>one</u> category. You <u>must</u> also select <u>one</u> corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.