IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SARAH COMLEY | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 07-0299 (EGS) |
| AIMCO Latrobe, L.L.C. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ANSWER

Defendant, by KARPINSKI, COLARESI & KARP, and VICTORIA M. SHEARER, its attorneys, answering Plaintiff's Complaint, states:

### FIRST DEFENSE

The Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Plaintiff assumed the risk of her injuries; thus, she cannot recover.

### THIRD DEFENSE

Plaintiff's negligence caused and/or contributed to the alleged occurrence; thus, she cannot recover.

### FOURTH DEFENSE

Various damages sought by Plaintiff are untenable and unconstitutional.

## FIFTH DEFENSE

Defendant denies the operative allegations of the Complaint and generally denies liability.

## SIXTH DEFENSE

Plaintiff failed to join one or more necessary parties to this case.

## ANSWER BY PARAGRAPHS

1. Defendant is without sufficient information to either admit or deny the allegation that Plaintiff "is a citizen and elderly resident of the District of Columbia" and, therefore, the allegation is denied. Defendant denies that "AIMCO Latrobe, LLC" is the owner or operator of the Latrobe Apartments or that it is "in charge of the maintenance and operation of the elevator therein."

2. Defendant neither admits nor denies the allegations set forth in Paragraph 2; rather, Defendant demands strict proof thereof.

3. Defendant neither admits nor denies the allegations set forth in Paragraph 3; rather, Defendant demands strict proof thereof.

4. Defendant neither admits nor denies the allegations set forth in Paragraph 4; rather, Defendant demands strict proof thereof.

5. Defendant neither admits nor denies the allegations set forth in Paragraph 5; rather, Defendant demands strict proof thereof.

6. Defendant denies the allegations set forth in Paragraph 6 of the Complaint.

7. Defendant denies the allegations set forth in Paragraph 7 of the

Complaint.

                    KARPINSKI, COLARESI & KARP

BY: _____/s/_____
      VICTORIA M. SHEARER
      BAR NO. 497866 (MD25602)
      Suite 1850
      120 East Baltimore Street
      Baltimore, Maryland 21202
      (410) 727-5000
      (410) 727-0861, facsimile
      Attorneys for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on this 14 day of February, 2007, a copy of the foregoing Answer was filed with electronic notice to:

Jacob A. Stein, Esquire
STEIN, MITCHELL & MEZINES
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036

                    _____/s/_____
                    Of Counsel for Defendant