CO-386-online
10/03

# United States District Court
# For the District of Columbia

SARAH COMLEY                    )
                                )
                                )
              Plaintiff         )    Civil Action No. __07-cv-00299 EGS__
        vs                      )
                                )
AIMCO LATROBE, LLC              )
                                )
                                )
              Defendant         )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __AIMCO LATROBE, LLC__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __AIMCO LATROBE, LLC__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

__/s/__
Signature

__D.C. 497866 (D.C. Fed. MD 25602)__
BAR IDENTIFICATION NO.

Victoria M. Shearer
Print Name

120 E. Baltimore Street, Suite 1850
Address

Baltimore, MD 21202
City       State       Zip Code

(410)727-5000
Phone Number