IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SARAH COMLEY | * | |
|     Plaintiff | * | |
| v. | * | Civil Action No.: 07-0299 (EGS) |
| AIMCO Latrobe, L.L.C. | * | |
|     Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT MOTION FOR REMAND

Defendant, "AIMCO Latrobe, LLC," by KARPINSKI, COLARESI & KARP, and VICTORIA M. SHEARER, its attorneys, and Plaintiff, Sarah Comley, by STEIN, MITCHELL & MENZINES and JACOB STEIN, her attorneys, jointly move to remand this case to the Superior Court for the District of Columbia, for the following reasons:

1. On or about January 9, 2007, Plaintiff filed suit against Defendant in the District of Columbia Superior Court. Defendant was served with the Complaint on January 11, 2007.

2. Defendant removed the case to this Court on the basis of diversity of citizenship on February 9, 2007, the last day for such removal.

3. After the Notice of Removal was filed, it was discovered that the entity Plaintiff sued is not the actual owner of the property where the alleged incident occurred. It was further discovered that the correct corporate owner of the property is an

entity known as "RI-15 Limited Partnership," a District of Columbia Limited Partnership. Accordingly, there is no diversity of citizenship.

4. Counsel for Defendant informed counsel for Plaintiff of this situation. The parties have agreed that remand to the District of Columbia Superior Court is required and, thus, move the Court to remand this case. Once the suit is remanded, Plaintiff will amend the Complaint to name the correct Defendant.

KARPINSKI, COLARESI & KARP

BY: _____/s/_____
VICTORIA M. SHEARER
Bar No. 497866 (MD25602)
Suite 1850
120 East Baltimore Street
Baltimore, Maryland  21202
(410) 727-5000
Attorneys for Defendant

STEIN, MITCHELL & MEZINES

BY: _____/s/_____
JACOB STEIN
Bar No.:
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036
(202) 737-7777
Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of February 2007, a copy of the foregoing Joint Motion for Remand was filed with electronic notice to:

Jacob A. Stein, Esquire
STEIN, MITCHELL & MEZINES
1100 Connecticut Avenue, N.W.
Suite 1100
Washington, D.C. 20036

_____/s/_____
Counsel for Defendant

2

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| SARAH COMLEY | * | |
| Plaintiff | * | |
| v. | * | Civil Action No.: 07-0299 (EGS) |
| AIMCO Latrobe, L.L.C. | * | |
| Defendant | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ORDER**

Upon consideration of the parties' Joint Motion for Remand, good cause therefor having been shown, it is this _____ day of _____, 2007, by the United States District Court for the District of Columbia,

**ORDERED**, that the parties' Joint Motion for Remand is hereby **GRANTED,** and this case is **REMANDED** to the Superior Court for the District of Columbia.

Judge Emmet G. Sullivan