UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| SARAH COMLEY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 07-299 (EGS) |
| v. | ) |
| | ) |
| AIMCO LATROBE, LLC, | ) |
| | ) |
| Defendant. | ) |

**ORDER**

Upon review of the entire record, it is by the Court hereby

**ORDERED** that the parties' Joint Motion for Remand is **GRANTED**; and it is

**FURTHER ORDERED** that the Initial Conference scheduled for March 13, 2007, is **VACATED**; and it is

**FURTHER ORDERED** that this case is **REMANDED** to the Superior Court for the District of Columbia.

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**February 28, 2007**

1